UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONARD HOUSTON,

                Plaintiff,

          -against-

UNITED STATES,

                Defendant.

26-cv-0228 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 13, 2026, order, this action is dismissed without prejudice to his pending action in the Eastern District of North Carolina, *Houston*, No. 7:23-cv-01202-BO-RJ (E.D.N.C.).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    January 15, 2026
            New York, New York

                        /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                 Chief United States District Judge